

Sweet, R.

RECEIVED
JAN 21 2015
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRO PUBLICA, INC.,

        Plaintiff,

    - against -

FEDERAL EMERGENCY MANAGEMENT AGENCY,
a component of the UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,

        Defendant.

---

No. 14 Civ. 0377 (RWS)

**STIPULATION OF**
**SETTLEMENT AND DISMISSAL**

WHEREAS, on January 21, 2014, Plaintiff Pro Publica, Inc. ("Plaintiff") filed a complaint seeking the release of certain documents by defendant Federal Emergency Management Agency, a component of the U.S. Department of Homeland Security ("Defendant") pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA");

WHEREAS, following negotiations between the parties concerning the documents that Defendant would agree to release, Defendant produced documents to Plaintiff on or about October 22, 2014; and

WHEREAS, the parties wish to resolve any disputes concerning the FOIA request without further litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

1.     This action is dismissed with prejudice under Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

2.     Defendant shall pay to Plaintiff the sum of $14,000 in attorneys' fees and litigation costs, pursuant to 5 U.S.C. § 552(a)(4)(E), which sum Plaintiff agrees to accept as full payment of any attorneys' fees and costs it has incurred in this action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/15

3.   Upon payment, Plaintiff releases the United States, its agencies, departments, officers, employees, servants, and agents, including Defendant, from any claims for attorneys' fees, costs and expenses of any kind, however denominated, relating to services performed in connection with this matter.

4.   The parties understand and agree that this Stipulation and Order contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

5.   Nothing in this Stipulation and Order shall constitute an admission by Defendant or the United States that Plaintiff "substantially prevailed" in this case under 5 U.S.C. § 552(a)(4)(E).

6.   The parties agree that the United States District Court for the Southern District of New York shall have jurisdiction over any controversy or claim arising out of or relating to this Stipulation and Order.

7.   This Stipulation and Order shall have no effect or bearing on any other FOIA request made by Plaintiff or any other FOIA litigation filed by Plaintiff, and the disposition of this matter shall in no way control the disposition of any current or future FOIA matter involving either Plaintiff of Defendant.

New York, New York
January 16, 2015

New York, New York
January ___, 2015

DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff

PREET BHARARA
United States Attorney for the
Southern District of New York

Attorney for Defendant

Thomas R. Burke, Esq.

Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.    (212) 637-2711
Fax    (212) 637-2786

1633 Broadway – 27th Floor
New York, New York 10019
Tel.    (212) 603-6483
Fax    (212) 379-5217

So Ordered:

Hon. Robert W. Sweet
United States District Judge
1· 2/-15